**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

MICHAEL E. LEWIS and JAIME K. LEWIS, individuals,,

    Plaintiffs,

  v.

HSBC MORTGAGE CORPORATION, et al.,

    Defendant.

**Case No.** C07-5041JKA

  This matter comes before the Court on Plaintiff's Motion for Default against defendant HSBC Mortgage Corporation and HSBC Finance Corporation. The motion was filed March 2, 2007 and noted for the same date. The court notes that on March 5, 2007 defendants filed an answer.

  **Plaintiffs' Motion for Default is hereby denied**.

        Dated this 14th day of March, 2007.

        */s/ J. Kelley Arnold*
        **J. Kelley Arnold, U.S. Magistrate Judge**

ORDER
Page - 1